UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

DEMOUCHET                                        CIVIL ACTION NO. 09-2138

VERSUS                                           JUDGE TUCKER L. MELANÇON

COLES CONSTRUCTION CREWS, INC.        MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.   No objections have been filed.  After an independent review of the record, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly, it is

**ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that within ninety (90) days of the date of the entry of this Order, plaintiff, Wilson Demouchet, may file a motion to reopen this case stating the reasons he failed to attend the July 27, 2011 hearing and why this case should not be dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of this Court is to serve a copy of this Order on plaintiff, Wilson Demouchet, at his last know address - 618 Railroad Avenue, Breaux Bridge, LA 70517.

Thus done and signed this 18th day of August, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE